Michael Spanier, Respondent, v. Max Levin, Appellant.—Motion denied, with-

out costs, and case placed at the foot of the calendar for this term of court. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.